UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MOHAMED,<br><br>                    Petitioner,<br><br>                    v.<br><br>DAVID MARIN, et al.,<br><br>                    Respondents. | Case No. 5:26-00806 SVW (ADS)<br><br>ORDER TO SHOW CAUSE<br><br>  Date: June 11, 2026<br>  Time: 10:00 a.m.<br>  Courtroom: 6B (Santa Ana) |

The parties are ordered to show cause on June 11, 2026 at 10 a.m. in Courtroom 6B of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701 why the Petition should not be denied for the same reasons provided in the order denying preliminary relief.

The parties may discharge this Order to Show Cause by filing a stipulated proposed order and judgment. If the stipulated proposed order and judgment is filed by June 9, 2026, this Order shall be discharged and appearance at the hearing shall be excused. Nothing in such stipulated proposed order and judgment, once entered,

should or will be deemed a waiver on appeal of the parties' existing documented arguments in the case.

If no stipulated proposed order and judgment is filed, the parties are ordered to meet and confer and file a joint status report by no later than June 8, 2026, identifying the issues remaining to be determined by the Court and a proposed briefing schedule, if necessary.  In this circumstance, appearance by counsel on June 11, 2026 is required.

IT IS SO ORDERED.

Dated:  May 28, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2