JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MOHAMED,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-00806 SVW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied.

DATED: November 18, 2026

THE HONORABLE STEPHEN V. WILSON
United States District Judge